■ DONALD A. DANIELSON, Respondent-Appellant, v SUZANNE C. DANIELSON, Appellant-Respondent

The record indicates that while the trial court directed the plaintiff to pay the costs of the minor child's private school tuition for the 1984-1985 school year, the court neglected to set forth any provision regarding the payment of the child's 1985-1986 private school tuition. We have modified the judgment to direct the plaintiff to pay those costs.

The parties' other contentions are without merit. Thompson, J. P., Bracken, Eiber and Spatt, JJ., concur.